UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRACE JEONG, et al., | CASE NO. C25-1837-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| STATE FARM FIRE & CASUALTY COMPANY, | |
| Defendant(s). | |

On September 25, 2025, the Court issued an order requiring the parties to file a Joint Status Report by November 6, 2025. Dkt. No. 9. The parties did not comply with this deadline, nor did they request an extension of the deadline.

Plaintiffs are ORDERED to show cause by December 18, 2025, why Plaintiffs' claims should not be dismissed for failure to comply with a court order. Absent a timely response to this order, this action shall be dismissed without prejudice.

Dated this 11th day of December, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1